**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 95-8564**

---

WALTER LEE SADLER,

                                        Plaintiff - Appellant,

        and

INMATES OF MECKLENBURG COUNTY JAIL ANNEX,

                                        Plaintiffs,

        versus

JIM PENDERGRASS, Sheriff; MECKLENBURG COUNTY
JAILS,

                                        Defendants - Appellees.

---

Appeal from the United States District Court for the Western Dis-
trict of North Carolina, at Charlotte. Graham C. Mullen, District
Judge. (CA-95-443-3-MU)

---

Submitted: April 15, 1996                Decided: May 2, 1996

---

Before ERVIN and MOTZ, Circuit Judges, and CHAPMAN, Senior Circuit
Judge.

---

Affirmed by unpublished per curiam opinion.

---

Walter Lee Sadler, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying relief on his 42 U.S.C. § 1983 (1988) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Sadler v. Pendergrass</u>, No. CA-95-443-3-MU (W.D.N.C. Dec. 1, 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>